Opinion filed October 29, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed October 29,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00187-CV

                                                    __________

 

      IN
THE MATTER OF THE ESTATE OF CHARLES JAMES WEBER, DECEASED

 



 

                                        On
Appeal from the County Court at Law

 

                                                           Ector
County, Texas

 

                                                 Trial
Court Cause No. 19473-08

 



 

                                            M
E M O R A N D U M    O P I N I O N

The
parties have filed in this court an agreed motion to dismiss the appeal.  The
motion is  granted, and the appeal is dismissed.

 

PER CURIAM

 

October 29, 2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.